FILED
CLERK, U.S. DISTRICT COURT

APR 17 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Lydrana Castro,

Defendant.

Case No.: 5:23-MJ-176

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Southern___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    ( )   the defendant's nonobjection to detention at this time

    (X)   other: ___proffered information___

1

1     and/ or

2  B. (✓)    The defendant has not met his/her burden of establishing by clear and

3          convincing evidence that he/she is not likely to pose a danger to the safety

4          of any other person or the community if released under 18 U.S.C.

5          § 3142(b) or (c).  This finding is based on the following:

6          (✓)    information in the Pretrial Services Report and Recommendation

7          (✓)    information in the violation petition and report(s)

8          ( )    the defendant's nonobjection to detention at this time

9          (✗)    other: _proffered information_

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  April 17, 2023

15                                       SHERI PYM
                                  United States Magistrate Judge

2